In the Matter of the Accounting of GIOVANNI DEL DRAGO et al., as Executors of JOSEPHINE DEL DRAGO, Deceased.

GIOVANNI DEL DRAGO, Individually, et al., Appellants; BYRON CLARK, JR., as Executor, et al., Respondents.

Submitted January 19, 1942; decided January 22, 1942.

Motion to amend remittitur denied upon the ground that the opinions in this court show that upon the appeal a federal question was presented and necessarily passed upon. Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 61.)